UNITED STATES DISTRICT COURT
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*



**JAMES HAMBY**

**JUDGMENT IN A CIVIL CASE**

v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security**

**CASE NO: 04-2758**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order of Remand entered on April 28, 2005, this cause is hereby dismissed.

**APPROVED:**

_____
**BERNICE B. DONALD**
**UNITED STATES DISTRICT COURT**

May 11, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02758 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT