IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JAMES HAMBY,<br>    Plaintiff | )<br>)<br>) |
| v. | ) Civil Action No. 04-2758<br>) |
| JO ANNE B. BARNHART,<br>Acting Commissioner of Social Security | )<br>)<br>) |
|     Defendant | )<br>) |

FILED BY ULe D.C.

05 JUL -5 PM 4: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## CONSENT ORDER GRANTING ATTORNEY'S FEES

Upon motion of plaintiff for attorney's fees, by agreement of the parties, and for good cause shown, it is hereby

ORDERED That plaintiff is awarded: an attorney's fee of $3,712.87 from The Equal Access to Justice Act, pursuant to 28 U.S.C. §§ 1920 and 2412; and $150.00 to be paid from The Judgment Fund, as reimbursement for the filing fee in this case.

SO ORDERED.

Bernice B. Donald
U.S. District Judge
Signed: July 5, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05

Consented to and Approved:

CHRIS A. CORNAGHIE  By JAD
Attorney for Plaintiff
1407 Union Avenue, Suite 1203
Memphis, Tennessee 38103


TERRELL L. HARRIS
United States Attorney

By: _____
Joe A. Dycus
Assistant United States Attorney
167 N. Main Street, 8th Floor
Memphis, Tennessee 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02758 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Chris A. Cornaghie
LAW OFFICE OF CHRIS CORNAGHIE
1407 Union Ave.
Ste. 1203
Memphis, TN 38104

Joe A. Dycus
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT